IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | CASE NUMBER: 3: 99CR00070-002(HL) |
| | * | |
| **ALVARADO-TORRES, RAYMOND** | * | |
| AKA: "Carita" | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR SOME DISPOSITION**

**TO THE HONORABLE HECTOR M. LAFFITTE**
**U.S. DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

    **COMES NOW,** José A. Soto-Santiago, Supervising U.S. Probation Officer of this Honorable Court, presenting an official report on Raymond Alvarado-Torres, who after being convicted of violating Title 18, U.S.C. Sections 371 & 2114(a), was sentenced on September 28, 1999, to an imprisonment term of eighty-five (85) months as to Count Three, and sixty (60) months as to Count Two, to be served concurrently with each other and consecutively to the sentence being served in the Commonwealth of Puerto Rico. A five (5) year Supervised Release term was imposed as to Count Three, and three (3) years of Supervised Release as to Count Two, to be served concurrently with each other. An aggregated special monetary assessment in the amount of $200, was also imposed. As special conditions of said probation term, probationer was ordered to enter into a written agreement, and make restitution in the amount of $ 8,162, to the United Sates Post Office. Other special conditions include mental health evaluation and drug treatment, and provide financial disclosure upon request.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

1. That on July 25, 2005, the offender was released to the District of Massachusetts for supervision purposes.

2. That on December 2, 2005, correspondence was received from the District of Massachusetts, establishing a restitution payment plan and requesting that Your Honor accept the restitution payment plan agreed upon by offender and the U.S. Probation Office for the District of Massachusetts.

**WHEREFORE**, unless otherwise ruled by the Court, it is respectfully recommended that the Court view and approve the restitution payment plan as established by the District of Massachusetts.

In San Juan, Puerto Rico, this **21st day of December, 2005.**

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

**s/ José A. Soto-Santiago**
Supervising U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787) 766-6356
Jose_Soto@prp,uscourts.gov

JAS

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on **December 21st, 2005** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Sonia Torres, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: Defense Counsel Luis R. Rivera-González, Esq., Mercantil Plaza, Suite 816, San Juan, P.R. 00918.

**At San Juan, Puerto Rico, December 21st, 2005.**

        **s/ José A. Soto-Santiago**
        Supervising U.S. Probation Officer
        Federal Office Building
        Office 400
        150 Carlos Chardón Ave.
        San Juan, P.R. 00918-1741
        (787) 766-5818
        Jose_Soto@prp.uscourts.gov

JAS