

# MEMORANDUM

**To:**     Honorable Hector M. Laffitte, Chief U.S. District Court Judge, District of Puerto Rico

**From:**   Jesse J. Gomes, U.S. Probation Officer, District of Massachusetts

**Re:**     Raymond Alvarado-Torres

Dkt.No.: 99-00070-02

**Fine/Restitution Order/Payment Schedule Policy**

**Date:**   November 29, 2005

This memorandum serves as notification of a fine/restitution payment schedule set upon by the above Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the probationer/supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above supervised releasee has agreed to pay his Court-ordered restitution totaling $8,162 (joint and several) in monthly installments of $75 or 10% of his gross income, whichever is greater. It is noted that to this point, subject has been marginally employed and unable to pay restitution.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By:

Julius H. Britto
U.S. Probation Officer

Payment Schedule Is Approved:

_____
U.S. District Court Judge