# MEMORANDUM

**U.S. Government**

To:         Hon. Hector M. Laffitte
               Senior U.S. District Judge

From:       Malissa Y. Aponte
               U.S. Probation Officer

Subject:    **ALVARADO-TORRES, Raymond**
               **Docket No.: 99-CR-70-02(HL)**
               **TRANSFER OF JURISDICTION**

Date:        February 5, 2007

On September 28, 1999, the defendant was sentenced to be imprisoned for a term of eighty-five months to be followed by five years of supervised release term after he was convicted of violating Title 18 USC § 371 and 2114(a). As to special conditions, he was ordered to participate in substance abuse treatment, submit to a psychiatric and/or psychological evaluation to determine need for treatment, and provide financial information as requested.

During his incarceration, the defendant requested relocation of his supervision to the District of Massachusetts which was subsequently approved. As such, on July 25, 2005, the defendant released directly to the District of Massachusetts where he is currently residing and supervised.

Mr. Alvarado-Torres is currently incarcerated in the State of Massachusetts for new state criminal charges incurred. As such, in the interest of justice, the District of Massachusetts is requesting an "Expedited Transfer of Jurisdiction" so as to proceed with revocation proceedings.

Reference is made to Transmittal 2, Volume X, Chapter IV, Page 11, for the Guide to Judiciary Policies and Procedures from the Administrative Office of the United States Court; in which the Judicial Conference

Honorable Hector M. Laffitte
Page 2
February 5, 2007

recommends simultaneous supervision and jurisdiction when offenders are residing in another district other than the sentencing district.

**Wherefore**, respectfully enclosed are two originals of Probation Form 22 - Transfer of Jurisdiction, for consideration and approval. Please return both originals to our office for forwarding to the supervising district.