| PROB. 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | **99-CR-70-02 (HL)** |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE | |
|---|---|---|---|
| Raymond Alvarado-Torres 48 Baxter Street South Boston, MA 02127 | NAME OF SENTENCING JUDGE Hon. | | |
| | DATES OF SUPERVISED RELEASE: | FROM 07/25/05 | TO 07/24/10 |

OFFENSE:   18 U.S.C. 371 and 2114(a)- Conspiracy to assault a postal employee with intent to steal.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Puerto Rico upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____                    _____
           *Date*                                                                         *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                    _____
      *Effective Date*                                                              *United States District Judge*